IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-420-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | SUPERSEDING INDICTMENT |
| ) | |
| TYREEK EXUM ) | |
| DEXTER DUNCAN ) | |

FILED IN OPEN COURT
ON 11-8-2021
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

The Grand Jury charges that:

## COUNT ONE

On or about the July 22, 2020, in the Eastern District of North Carolina, the defendant, TYREEK EXUM, in connection with the acquisition of ammunition, from Jery's Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly furnished and exhibited a false, fictitious, and misrepresented identification to Jery's Pawn, which identification was intended and likely to deceive Jery's Pawn, as to a fact material to the lawfulness of such sale and acquisition of the said ammunition to the defendant under chapter 44 of Title 18, in that the defendant represented that he was Brandon Stocks and presented a fictitious identification card bearing the name Brandon Stocks; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1

## COUNT TWO

From on or about July 22, 2020, through August 8, 2020, in the Eastern District of North Carolina, the defendant, TYREEK EXUM, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, and the ammunition was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT THREE

On or about August 8, 2020, in the Eastern District of North Carolina, the defendant, TYREEK EXUM, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT FOUR

On or about August 8, 2020, in the Eastern District of North Carolina, the defendant, DEXTER DUNCAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE NOTICE

The defendants are given notice that all the defendants' interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense set forth in Counts One, Two, Three and Four, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as made applicable by Title 28, United States Code, Section 2461(c), any and all firearms or ammunition involved in or used in a knowing commission of the said offense.

The forfeitable property includes, but is not limited to one F.N. [FN Herstal] Model Five-Seven, 57 caliber pistol, serial number 386379610, and one F.N. [FN Herstal] Model Five-Seven, 57 caliber pistol, serial number 386384265, and all ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 11/08/21

G. NORMAN ACKER, III
Acting United States Attorney

By: JOHN PARRIS
Assistant United States Attorney
Criminal Division

4